## ATTACHMENT A

### Property to Be Searched

This warrant applies to the residence, curtilages, outbuildings, appurtenances, and attached and detached garages, located to the property boundary at 989 Margaret Drive, Alcoa, TN 37701. This property is described as follows: This residence is a red brick, single story ranch style, single family home. Black/Charcoal color shingle roof. White and red/pink accent pieces to the residence. The numeric "989" are clearly mark on the white pillar closest to the front entry door and on the mailbox. Back yard is surrounded with a chain link fence containing three outbuildings.

(See below photos)









## ATTACHMENT B

### Things to be Seized

Firearms; ammunition; ledgers and/or other documents indicative of firearms sales/transactions, account books, notes, names or code names and nicknames, or identifying information reflecting customers; cellular phones, computers, and other electronic devices capable of conducting firearm purchases/transactions; United States Currency reflecting proceeds of firearm sales or monies set aside for purchase of firearms; financial instruments; safes, lock boxes, lockable money bags, and other containers which can be used to secure and conceal currency, firearms, proceeds of firearm sale transactions, or records of firearm sale transactions; telephone and address books, notes, cellular telephones, personal computers with hard discs of portable memory devices containing telephone and addresses of customers or other such records; photographs or videotapes indicating illegal firearms trafficking; records reflecting the identities, addresses, and telephone numbers of customers who use, transport, or distribute firearms; safety deposit box keys; financial records relating to the sale of firearms or the laundering of proceeds from the sale of firearms, and other containers used to store or secrete currency or records described herein; Records pertaining to bank accounts, savings accounts, brokerage accounts, any stored value cards, and all financial records relating to the proceeds of the receipt, investment or disbursement of proceeds, including records of domestic and foreign money transactions or records of the transfer of funds within or into and out of the United States; Papers, passports visas or other travel documents, identification cards of papers, driver's licenses, tickets, notes, receipts, and other items relating to travel expenditures; computers, electronic storage devices, physical keys, encryption devices, dongles, and similar physical items necessary to gain access to computer equipment, electronic storage devices, or data.